CAMPBELL and CAMPBELL & WHIPP, Respondents.* — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell, J., dissents and votes to reverse and deny the motion.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the FIRST RUSSIAN INSURANCE COMPANY ESTABLISHED IN 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. In the Matter of the Petition of MICHAEL IMCHANITZKY for an Order Directing Payment of Claim under Assignment. SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator of FIRST RUSSIAN INSURANCE COMPANY ESTABLISHED IN 1827, GEORGE J. HADJINOFF and Others, Appellants; MICHAEL IMCHANITZKY, Respondent.* — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell, J., dissents and votes to reverse and deny the motion.

BERTHA M. KATENKAMP (Formerly BERTHA K. HAMMERSCHLAG), Respondent, v. MARY LOUISE TOWNSEND and Another, as Executrices, etc., of J. HENRY TOWNSEND, Deceased, and Others, Respondents, Impleaded with WILLIAM E. HUTTON and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of ISIDORE BEGUN, Appellant, for a Peremptory Mandamus Order against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent. In the Matter of the Application of WILLIANA J. BURROUGHS, Appellant, for a Peremptory Mandamus Order against THE BOARD of EDUCATION OF THE CITY OF NEW YORK, Respondent. (Consolidated Appeals.) — Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

EDWARD A. GRACE, Respondent, v. COUNT FELIX VON LUCKNER, Appellant. (Action No. 1.) — Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice to an application to take the testimony of defendant by commission. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

NEW YORK CREDIT MEN'S ASSOCIATION, as Assignee for the Benefit of Creditors of MERVA FROCKS, INC., Appellant, v. NATIONAL MERCHANTS SERVICE CORPORATION, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

BERTHA W. LANN, Suing on Behalf of Herself and All Other Holders of THE PRUDENCE COMPANY, INC., Guaranteed Collateral Trust Five and One-half Per Cent Gold Bonds Herein Mentioned, Similarly Situated, Appellant, v. CENTRAL HANOVER BANK AND TRUST COMPANY and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

SANFORD JACOBI and Others, Respondents, v. NORMANDIE NATIONAL SECURITIES CORPORATION and Others, Respondents. ISIDOR KAHN, Stockholder, Appellant.—

* Affd., 266 N. Y. ——.